AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Dennis Michael Nouri, Reeza Eric Nouri, Ruben Serrano, Anthony Martin, James Doolan, and Alain Lüstig

**APPEARANCE**

Case Number: 07 Mag 1257

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Dennis Michael Nouri

I certify that I am admitted to practice in this court.

10/30/2007
Date

Signature

Douglas M. Tween   DT7920
Print Name   Bar Number

Baker & McKenzie LLP, 1114 Avenue of the Americas
Address

New York   NY   10036
City   State   Zip Code

(212) 626-4355   (212) 310-1600
Phone Number   Fax Number