LAW OFFICES
# STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

425 PARK AVENUE
NEW YORK, NY 10022
www.stillmanfriedman.com

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
PAUL SHECHTMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR

CAROLYN BARTH RENZIN
EDWARD J. JOYCE
MARY MARGULIS-OHNUMA
KATHRYN MOORE MARTIN
KATIE M. LACHTER
NATHANIEL I. KOLODNY
ELIZABETH S. WEINSTEIN

TELEPHONE
(212) 223-0200
FACSIMILE
(212) 223-1942

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/08

BY FEDERAL EXPRESS


RECEIVED 1/11/08 JUDGE CHIN'S CHAMBERS

January 10, 2008

Honorable Denny Chin
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007-1312

Re: **United States v. Nouri et al, 07 Cr. 1029 (DC)**

Dear Judge Chin:

       This firm represents Eric Nouri, a defendant in the above-referenced matter. I write on behalf of Eric Nouri and his co-defendant Dennis Michael Nouri to request a modification of the current bail conditions of both defendants. Specifically, both defendants are currently required to call their pretrial officers every day. I would respectfully request that the defendants' bail conditions be amended to require a call to their respective pretrial officers once per week. I and Douglas Tween, counsel for Dennis Michael Nouri, have, at AUSA Brodsky's suggestion, confirmed with each defendant's pretrial officer that such a modification is acceptable to them. The United States Attorney has no objection to the requested modification.

       Thank you for your consideration of this request.

Approved. The bail conditions are so modified.

Respectfully submitted,

James A. Mitchell

cc: Reed Brodsky, Assistant U.S. Attorney
    Douglas M. Tween, Esq.

SO ORDERED.

DJ 1/15/08