

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 26, 2008

By Facsimile

The Honorable Denny Chin
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007-1312

USDC SDNY
3/4/08

  Re: **United States** v. **Dennis Michael Nouri et al.,**
    07 Cr. 1029 (DC)

Dear Judge Chin:

  Counsel for Dennis Michael Nouri and the Government respectfully request a 60-day postponement of the status conference scheduled on March 13, 2008 in the above-captioned case. The Government is in the process of producing approximately 10 additional CD-Roms containing thousands of pages of additional discovery, and approximately 15 boxes of additional hard-copy documents. In addition, counsel for Dennis Michael Nouri will be in trial in March on another case in New Jersey for approximately four to five weeks. Counsel for Mr. Nouri conferred with counsel for the other defendants in this case and learned that all other counsel consent to the postponement. Should the Court grant the postponement, the Government moves for the exclusion of time until the next conference date.

          Respectfully submitted,

          MICHAEL J. GARCIA
          United States Attorney

**APPLICATION GRANTED.**
**SO ORDERED**

          By: _/s/_
Denny Chin, U.S.D.J.    Reed Michael Brodsky
3/4/08        Assistant United States Attorney
         (212) 637-2492 (tel)
         (212) 637-2452 (fax)

cc: Defense Counsel
   (By Facsimile)

[Handwritten note:] Adjourned to 5/12/08 at 4:30 pm. The time until then is excluded for speedy trial purposes.

TOTAL P.02