**Baker & McKenzie**

Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com

*Asia Pacific*
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

*Europe & Middle East*
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St Petersburg
Stockholm
Vienna
Warsaw
Zurich

*North & South America*
Bogota
Brasilia
Buenos Aires
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

May 6, 2008

[STAMP: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/8/08]

Douglas M. Tween
Tel: +1 212 626 4355
Douglas.M.Tween@bakernet.com

Via Facsimile
(212) 805-7906

Hon. Denny Chin
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007

RE:   United States v. Nouri et al. 07 Cr. 1029 (DC)

Dear Judge Chin:

This is to request that the status conference in the above-referenced matter, scheduled for May 12, 2008 at 4:30 p.m., be adjourned to a date at the end of July 2008 to be determined by the Court's convenience. Adjournment will allow the defendants to continue to examine the voluminous discovery provided by the government in this case. All parties to this matter consent to this request.

Should you have any questions, please call me at 212-626-4355.

Respectfully submitted,

Douglas M. Tween /JR

Douglas M. Tween
DMT/ck

cc:   James A. Mitchell, Esq. (via e-mail)
      Reed Brodsky, Assistant US Attorney (via e-mail)
      Patrick Joyce, Esq. (via e-mail)
      Alex Eisemann, Esq. (via e-mail)
      Jennifer Brown, Esq. (via e-mail)

NYCDMS/1085884.1

[Handwritten note: Adjourned to July 15, 2008, at 10:30 A.M. The time until then is excluded in the interest of justice & in light of the complexity of the case. SO ORDERED 5/8/08 — Signed DJ]

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.