

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 11, 2008

*By Facsimile*

The Honorable Denny Chin
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/14/08

Re:   **United States** v. **Dennis Michael Nouri et al.**,
      **07 Cr. 1029 (DC)**

Dear Judge Chin:

In connection with the above-captioned case, counsel for the defendants Dennis
Michael Nouri, Reeza Eric Nouri, Ruben Serrano, Anthony Martin, and Alain Lustig, and the
Government respectfully request a brief postponement of the July 15, 2008 status conference to
August 1, 2008. In addition, with the consent of all counsel, the Government respectfully moves
for the exclusion of time until August 1, 2008.

*DENIED. We have not had a conference since November, because of the repeated requests for adjournments.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Reed Michael Brodsky
Assistant United States Attorney
(212) 637-2492 (tel)
(212) 637-2452 (fax)

cc:   Defense Counsel
      (By Facsimile)

*The conference on 7/15/08 will proceed at 10:30, as scheduled.*

*SO ORDERED.*

*USDJ 7/14/08*